**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond JOSEPH, Jr., Defendant–**
**Appellant.**

**No. 06–7946.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 5, 2007.

Raymond Joseph, Jr., Appellant Pro Se. Elizabeth Catherine Wu, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Joseph, Jr. appeals the district court's order denying his "Motion for Modification of Presentence Report," made over one year after he was sentenced for distribution of cocaine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Joseph,* No. 3:04–cr–00360–HEH (E.D.Va. Nov. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*